UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-2415-CIV-GRAHAM

Magistrate Judge Brown

JANEKA BROWN, et al.,

    Plaintiffs,

v.

CITY OF MIAMI, et al.,

    Defendants.

_____/

## JOINT PRE-TRIAL STIPULATION

The Plaintiffs and Defendants, through their undersigned counsel, pursuant to Rule 16.1 of the General Rules for the United States District Court, Southern District of Florida, and pursuant to this Court's Order dated November 18, 1997, file this Joint Pre-Trial Stipulation, and state:

## NATURE OF ACTION

Plaintiffs have brought this action pursuant to Title 42 U.S.C. §1983, §1988, and the Fourth and Fourteenth Amendments to the United States Constitution, alleging that the Defendants, while acting under color of law, and without legal cause or excuse, made an unreasonable seizure of the person of RICHARD BROWN and the person of JANEKA BROWN, thereby depriving them of their federally protected rights. Additionally, the Plaintiffs have brought a pendent claim under the laws of the State of

Florida for wrongful death.  The focus of the alleged deprivations is the unlawful seizures of JANEKA BROWN and RICHARD BROWN on or about March 12, 1996.  The Plaintiffs additionally seek an award of punitive damages against Defendants ARTURO BEGUIRISTAIN, RALPH FUENTES, WILLIAM ABRAIRA, EVELIO NOGUES, ELIEZER LOPEZ, ALEJANDRO MACIAS, WILLIE JONES, DONALD WARSHAW and CESAR ODIO.  The Plaintiffs, through their attorneys, also seek attorney fees and costs pursuant to 42 U.S.C. §1988.

## I. STATEMENT OF THE CASE

The Plaintiffs allege that:

On March 12, 1996, at approximately 10:30 p.m., the decedent, Richard Brown, was at his residence at 1344 N.W. 7th Court, #6, with his fourteen year old daughter, Janeka Brown.  At that time Defendants BERGUIRISTAIN, FUENTES, ABRAIRA, LOPEZ, MACIAS AND JONES, officers of the City of Miami Police Department, broke down the door of the decedent's and the Plaintiff's home.

Said entry was predicated upon a search warrant obtained by Defendant NOGUES on March 12, 1996.  No attempt was made by Defendant NOGUES or any other member of the Defendant CITY's police department to ascertain who lived at the residence prior to executing on the search warrant.  Hearing the door to his residence being smashed in and believing that someone was trying to break in to his home, the decedent RICHARD BROWN instructed

2

his daughter JANEKA BROWN to go into the bathroom and call 911.

After breaking down the door, said Defendants, without having announced themselves, began shooting into the Plaintiffs' home.  Approximately 122 bullets were discharged by said Defendants into the Plaintiffs' home.  Without provocation or justification, the Plaintiff RICHARD BROWN was shot at 122 times, suffering nine bullets to his body.

Throughout the shooting the Plaintiff JANEKA BROWN was crouched on the floor of the bathroom continuously calling 911. Without provocation or justification, the Plaintiff JANEKA BROWN was shot at 122 times.  Thereafter, JANEKA, a fourteen year old child was forced to see her father, dead, lying in his own blood and was then subjected to an interrogation by members of the Miami Police Department.

RICHARD BROWN, a sixty-four year old African American and his fourteen year old daughter, JANEKA BROWN had not committed any criminal acts and neither had a criminal history.

No drugs, drug paraphernalia, or large amounts of money were found in the home of the Plaintiffs.

The Defendants contend:

On March 12, 1996, Detective Nogues was advised by a confidential informant that narcotics were being sold from an apartment building located at 1344 N.W. 7th Court.  Acting upon this information, Detective Nogues set up surveillance outside the apartment building.  During the course of his surveillance,

Detective Nogues observed a black male in apartment 6 - who later became known as Richard Brown -sell a quantity of suspected cocaine to Reginald Clark.  Reginald Clark, who was accompanied by Alton Hill, was followed from the apartment complex and arrested with the cocaine.  Based upon that transaction, Detective Nogues applied for and obtained a search warrant for apartment 6.

The search warrant was presented to the City's SWAT team for service.  Detectives Berguistain, Fuentes, Abraira, Lopez, Macias, and Jones are SWAT members who were shot at by Richard Brown after they gained entry to Richard Brown's apartment.  The officers returned fire, resulting in Richard Brown being shot to death.  After the exchange of gunfire ended, it was discovered that Janeka Brown was inside the apartment.  She was not injured by the gunfire.

The SWAT officers acted reasonably and lawfully, not only in the service of the warrant but also in the use of their weapons in self-defense.

The SWAT officers are well trained and supervised, and acted in accordance with applicable City policies.

## II.  BASIS OF FEDERAL JURISDICTION

The basis of federal jurisdiction is 28 U.S.C. §1331, 1343, 42 U.S.C §1988, and the above-mentioned statutory and constitutional provisions.

4

## III.  PLEADINGS RAISING THE ISSUES

The Complaint is the operative pleading containing the Plaintiff's claims.  The Answer and Affirmative Defenses of the Defendants to the Complaint, is the operative pleading containing Defendants' defenses.

## IV.  PENDING MOTIONS

1.    Plaintiffs Motions for Order To Show Cause.

## V.  OUTSTANDING DISCOVERY

1.    Plaintiffs depositions of the following:

| | |
|---|---|
| William Abraira | 9/01/98 |
| John Campbell | 9/01/98 |
| Mayor Joe Carollo | 9/01/98 |
| Commander Shonberger | 9/01/98 |
| T. Collins | 9/01/98 |
| Valerie Rao | To be scheduled |
| Audrey Christmas | To be scheduled |
| Asst. Chief R. Martinez | 9/09/98 |
| Capt. Fleites | 9/09/98 |
| Carol Abia | 9/09/98 |
| Sgt. Gonzalez | 9/09/09 |
| Cesar Odio | To be scheduled |
| L. Gonzalez | 9/09/98 |
| Walter Bodie | 9/09/98 |
| Gopinath Rao | 9/09/98 |
| Det. T. Vokaty | 9/09/98 |

2.    Defendants deposition of the following:

Michael Cosgrove                    9/14/98
Janeka Brown                        To be scheduled

## VI.  STIPULATED FACTS

The facts to which the parties stipulate, and thereby
require no proof at trial, are as follows:

1.   The incident which is the principal basis of the
lawsuit took place on or about March 12, 1996.

2.   On March 12, 1996, a search warrant was obtained by
Defendant NOGUES for the apartment at 1344 N.W. 7th Court, #6.

3.   On March 12, 1996, RICHARD BROWN and his daughter
JANEKA BROWN were residing at 1344 N.W. 7th Court, #6, Miami,
Florida.

4.   On or about March 12, 1996, the Plaintiffs RICHARD
BROWN and JANEKA BROWN, who resided at 1344 N.W. 7th Court, #6,
came in contact with Defendants ARTURO BEGUIRISTAIN, RALPH
FUENTES, WILLIAM ABRAIRA, ELIEZER LOPEZ, ALEJANDRO MACIAS and
WILLIE JONES, who, on that date, were police officers employed by
the Defendant CITY OF MIAMI, acting under color of law.

5.   The Defendant CITY OF MIAMI, through its police
department, has a written policy describing the circumstances
under which its police officers are authorized to use deadly
force.

6.   The Defendant CITY OF MIAMI, through its police
department, has a written policy requiring that all use of force
by its officers, including deadly force, will be investigated by
the Miami Police Department.

7.    The CITY OF MIAMI, is and was, at all times material hereto, a municipality organized and existing under the laws of the State of Florida, and located in Dade County, Florida.

## VII. STATEMENT OF ISSUES OF FACT TO BE LITIGATED AT TRIAL

A.    The Plaintiffs submit:

Whether the actions of Defendants EVELIO NOGUES, ARTURO BERGUIRISTAIN, RALPH FUENTES, WILLIAM ABRAIRA, ELIEZER LOPEZ, ALEJANDRO MACIAS and WILLIE JONES amounted to an unlawful seizure of the Plaintiff JANEKA BROWN, resulting in a violation of her constitutional rights.

The Defendants submit:

The Defendants submit that this is a question of law for the Court to decide.  The Defendants further submit, that Janeka Brown's claim is not governed by the Fourth Amendment, but by the Fourteenth Amendment's guarantee of substantive due process.

B.    The Plaintiffs submit:

Whether the actions of Defendants EVELIO NOGUES, ARTURO BERGUIRISTAIN, RALPH FUENTES, WILLIAM ABRAIRA, ELIEZER LOPEZ, ALEJANDRO MACIAS and WILLIE JONES amounted to an unlawful seizure of the Plaintiff RICHARD BROWN, resulting in a violation of his constitutional rights.

The Defendants submit:

The Defendants submit that this is a question of law for the Court to decide.

C.   <u>The Plaintiffs submit</u>:

Whether the actions of Defendants EVELIO NOGUES, ARTURO BERGUIRISTAIN, RALPH FUENTES, WILLIAM ABRAIRA, ELIEZER LOPEZ, ALEJANDRO MACIAS and WILLIE JONES amounted to excessive, unreasonable and unjustified force against the Plaintiff JANEKA BROWN, resulting in a violation of her constitutional rights.

   <u>The Defendants submit</u>:

The defendants, relying upon <u>Graham v. Connor</u>, 490 U.S. 386 (1989), and <u>Brower v. County of Inyo</u>, 489 U.S. 593 (1989), submit that the Fourth Amendment is not applicable to Janeka Brown's claim because she was not "seized" within the meaning of the Fourth Amendment.   The defendants further submit that the question of law presented with respect to Janeka Brown's claim is whether, as a matter of law, the conduct complained of was so arbitrary, or conscience-shocking in a constitutional sense so as to amount to a denial of Fourteenth Amendments substantive due process.   <u>See, e.g., County of Sacramento v. Lewis</u>, _____ U.S. _____ (1998) (1998 WL 259980)

D.   <u>The Plaintiffs submit</u>:

Whether the actions of Defendants EVELIO NOGUES, ARTURO BERGUIRISTAIN, RALPH FUENTES, WILLIAM ABRAIRA, ELIEZER LOPEZ, ALEJANDRO MACIAS and WILLIE JONES amounted to excessive, unreasonable and unjustified force against the Plaintiff RICHARD BROWN, resulting in his death and a violation of his constitutional rights.

   <u>The Defendants submit</u>:

8

The defendants, relying upon <u>Graham v. Connor</u>, 490 U.S. 386 (1989), submit the reasonableness of the use of force under the Fourth Amendment is a question of law.

E.    <u>The Plaintiffs submit:</u>

Whether Defendants DONALD WARSHAW and CESAR ODIO were deliberately indifferent in their failure to train, and/or supervise, and/or control and/or discipline Defendants BERGUIRISTAIN, MACIAS, JONES, FUENTES, ABRAIRA, LOPEZ, NOGUES, and other members of the Miami Police Department, resulting in a violation of the Plaintiffs constitutional rights.

     <u>The Defendants submit:</u>

The Defendants submit that the question of whether City police officers were inadequately trained, supervised, or disciplined in a relevant respect is a question of law.

F.    <u>The Plaintiffs submit:</u>

Whether Defendant CITY OF MIAMI engaged in a pattern of conduct which resulted in a violation of the Plaintiffs' constitutional rights.

     <u>The Defendants submit:</u>

The Defendants submit that the determination of whether a municipal custom or pattern existed is a question of law.

G.    <u>The Plaintiffs submit:</u>

Damages to decedent RICHARD BROWN: loss of life, physical pain and suffering, emotional trauma and suffering, and violation of civil rights.

     <u>The Defendants submit:</u>

The defendants submit that emotional trauma and suffering are not proper items of damages for the decedent.

H.   <u>The Plaintiffs submit:</u>

Damages to Plaintiff JANEKA BROWN: loss of her physical liberty, physical pain and suffering, emotional trauma, loss of enjoyment of life, and violation of civil rights.

I.   <u>The Plaintiffs submit:</u>

Damages as a result of the death of RICHARD BROWN: loss of income, services, protection, care, assistance, society, companionship, comfort, guidance, counsel and advice, and funeral and burial expenses.


## IX. ISSUES OF LAW


A.   The Plaintiffs submit the following:

  1.   As stated in the Plaintiffs' trial memorandum.


B.   The Defendants submit the following:

  1.   All claims that a law enforcement officer have used excessive force during the course of an arrest, investigatory stop, or other seizure of a free citizen are analyzed under the Fourth Amendment and its reasonableness standard.

  2.   A law enforcement officer's use of deadly force against a suspect does not violate the Fourth Amendment where the suspect threatens the officer with a weapon.

  3.   Supervisory officials are liable under 42 U.S.C. Section

1983 only if they actually participated in a wrongful act, or if a causal connection exists between their acts and the alleged constitutional violation.   In the absence of personal participation, a causal connection exists where there is proof that a subordinate implemented a policy adopted and promulgated by the supervisory official.   A causal connection exists where the supervisory official was deliberately indifferent to a persistent and widespread history of abuse that the official failed to remedy by improving police training or supervision.

4.   Law enforcement officers enjoy qualified immunity where they have an objectively reasonable basis to believe that their discretionary action violates no clearly established statutory or constitutional rights of which a reasonable law enforcement officer would have known.   Unless a law enforcement officer's act is obviously wrong, in the light of pre-existing law, the officer has immunity from suit.

5.   Municipal liability under 42 U.S.C. Section 1983 is proper only when a statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers is causally related to the alleged unconstitutional conduct of the employee, or where a municipal employee has acted pursuant to a custom or practice of the municipality.

## VIII.  TRIAL EXHIBITS

See the attached lists.

## X.  TRIAL WITNESSES

See the attached lists.

## XI.  ESTIMATED TRIAL TIME (JURY)

It is estimated that trial of this cause will take approximately seven to nine days.

## XII.  ATTORNEY'S FEES

The parties are unable to provide a good faith estimate as to the maximum amount of fees properly allowable, but stipulate that should the Plaintiffs prevail upon their claims for relief, then, pursuant to Title 42 U.S.C. §1983, §1988, attorney's fees are to be set by the Court.

The Defendants submit that should the Defendants prevail in their individual capacity only, then, pursuant to Title 42 U.S.C. §1988, they would be entitled to attorney's fees which are to be set by the Court.

The Plaintiffs submit that should the Defendants prevail in

their individual capacity only, then, they would not be entitled to attorney's fees, as fees may be awarded against a plaintiff only where there is a finding that the litigation was frivolous, unreasonable, or without foundation.  The facts in the instant case do not support such a finding by the Court.

This Stipulation may be executed in several counterparts, and, as executed, shall constitute one agreement, binding on all parties hereto, notwithstanding that all of the parties are not a signatory to the original or the same counterpart.

Dated: 8/31/98

Dated: 8/31/98

HEYER & ASSOCIATES, P.A.
Attorneys for Plaintiff
1311 S.E. Fourth Avenue
Fort Lauderdale, FL 33316
(305) 522-4922/(407) 833-1068

CITY ATTORNEY'S OFFICE
Attorneys for Defendant CITY
444 S.W. 2nd Avenue, #945
Miami, FL 33130
(305) 416-1800

BY:
BARBARA A. HEYER, ESQ.
BAR NO: 346691

BY:
CHARLES MAYS, ESQ.
BAR NO: 201073

13

## PLAINTIFF'S WITNESS LIST

| JANEKA BROWN, ET. AL. vs. | CITY OF MIAMI, ET AL. | U.S. DISTRICT COURT SO. DIST. OF FLORIDA |
|---|---|---|
| Plaintiff's Attorney Barbara A. Heyer | Defendants Attorney: Charles Mays, Esq. | 97-2415-CIV-GRAHAM Trial Date: October 12, 1998 |
| Presiding Judge: Hon. Judge GRAHAM | Court Reporter: | Courtroom Deputy: |

| PLTF NO. | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME AND ADDRESS OF WITNESS |
|---|---|---|---|---|
| 1. | | | | The Parties |
| 2. | | | | Sgt. Jose Acuna, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL |
| 3. | | | | Det. A. Arostegui, Miami Police Dept. 400 N.W. 2nd Avenue, Miami, FL |
| 4. | | | | Offc. A. Alvarez, Miami Police Dept. 400 N.W. 2nd Avenue, Miami, FL |
| 5. | | | | Lt. S. Aguirre, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL |
| 6. | | | | Major G. Brown, Miami Police Dept |
| 7. | | | | Asst. Chief J.E.Brooks, Miami Police Dept |
| 8. | | | | I.D. Technician L. Bonica, Miami Police Dept. |
| 9. | | | | I.D. Supervisor R. Badali, Miami Police Dept. |
| 10 | | | | Reginald Clark |
| 11. | | | | I.D. Technician, T. Collins, Miami Police Dept. |
| 12. | | | | Audrey Christmas, Investigator, Medical Examiner's Office, One Bob Hope Road, Miami, FL |

1

PLAINTIFF'S WITNESS LIST CONTINUED

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|
| PLTF. NO | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME & ADDRESS OF WITNESS |
| 13. | | | | Officer John Campbell, Miami Police Dept.400 N.W. 2nd Avenue, Miami, FL |
| 14. | | | | Sgt. J. Dalton, Miami Police Dept. 400 N.W. 2nd Avenue, Miami, FL |
| 15. | | | | Sgt. D. Dominguez, Miami Police Dept. 400 N.W. 2nd Avenue, Miami, FL |
| 16. | | | | Officer A. Davis, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL. |
| 17 | | | | Off. F. Delgado, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL |
| 18 | | | | Juan Orozco, 1358 N.W. 7th Court, Miami, FL |
| 19 | | | | Sgt. Willie Everett, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, F |
| 20 | | | | I.D. Technician S. Evans, Miami Police Dept., 400 N.W. 2nd Ave., Miami |
| 21 | | | | Captain J. Fleites, Miami Police Dept. |
| 22 | | | | Offc. Fernando Figueroa, Miami Police Dept. |
| 23 | | | | Offc. Gulla, Miami Police Dept. |
| 24 | | | | Officer Raynard Gilbert, Miami Police Dept. |
| 25 | | | | Lt. L. Gonzalez Del Valle, Miami Fire Department - SWAT Medics. |
| 26 | | | | Det. J. Gonzalez, Miami Police Dept. |
| 27 | | | | Medic E. Garcia, Miami Fire Dept.- SWAT Medics |

2

PLAINTIFF'S WITNESS LIST

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|
| PLTF. NO | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME & ADDRESS OF WITNESS |
| 28. | | | | Officer J. Gomez, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, |
| 29. | | | | Officer Jack Griffin, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL |
| 30. | | | | Sgt. Curtis Hoosier, Miami Police Dept., 400 N.W. 2nd Ave., Miami, FL |
| 31. | | | | Det. J. Herrera, Miami Police Dept. |
| 32. | | | | Robert Hart, Metro Dade Crime Lab, Miami, FL |
| 33. | | | | Alton Hill, |
| 34. | | | | I.D. Technician M. Jeffrey, Miami Police Dept., 400 N.W. 2nd Ave |
| 35 | | | | Rolando Jacobo, Miami Police Dept., 400 N.W. 2nd Avenue, Miami, FL |
| 36 | | | | Det. George Gulla, Miami Police Dept., 400 N.W. 2nd Ave., Miami, FL. |
| 37 | | | | Guy Lazzerie, 2020 Alhambra circle, Miami, FL 33134 |
| 38 | | | | Mary Menard, 1344 N.W. 7th court, Apt. #2, Miami, FL |
| 39 | | | | Sgt. R. Martinez, Miami Police Dept. |
| 40 | | | | Officer De La Torriente, Miami Police Dept. |
| 41 | | | | Officer Velez, Miami Police Dept. |
| 42 | | | | Officer Villaverde, Miami Police Dept. |

3

PLAINTIFF'S WITNESS LIST CONTINUED

| PLTF. NO | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME AND ADDRESS OF WITNESS |
|---|---|---|---|---|
| | | | JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | CASE NO: 97-2415-CIV-GRAHAM |
| 43 | | | | Oscar Tejeda, Miami Police Dept. |
| 44 | | | | Lt. Antonio Rodriguez, Miami Police Dept. |
| 45 | | | | Walter Stephaniak, Dispatch, Miami Police Dept. |
| 46 | | | | Major William O'Brien, Miami Police Dept. |
| 47 | | | | George Valladares, Miami Police Dept. |
| 48 | | | | Mayor Joseph Carollo, City of Miami Police. |
| 49 | | | | I.D. Commander, M.F. Shonberger, City of Miami Police Dept. |
| 50 | | | | I.D. Technician Pratt, city of Miami Police Dept. |
| 51 | | | | Valerie Rao, M.D. Medical Examiner's Office, One Bob Hope Rd., Miami, FL. |
| 52 | | | | Tommy Phillips, 1760 N.W. 129 Terrace, N. Miami, FL 33167 |
| 53 | | | | Brandon Edwards (Minor) 1760 N.W. 129 Terrace, N. Miami, FL |
| 54 | | | | Tavares Edwards (Minor) 1760 N.W. 129 Terrace, N. Miami, FL |
| 55 | | | | Tommy Edwards (Minor) 1760 N.W. 129 Terrace, N. Miami, FL |
| 56 | | | | Reatha Forbes, 275 N.W. 10th Street, Apt. 230, Miami, FL |

PLAINTIFF'S WITNESS LIST CONTINUED

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|
| PLTF. NO | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME AND ADDRESS OF WITNESS |
| 57 | | | | Carol Abia - Dept. of Professional Regulations. Miami Police Dept. |
| 58. | | | | Asst. Chief Raul Martinez, City of Miami Police Dept. |
| 59. | | | | Lt. B. Meeks, City of Miami Police Dept. |
| 60. | | | | Det. S. Sundberg, City of Miami Police Dept. |
| 61. | | | | Lt. L.M. Perez, City of Miami Police Dept. |
| 62. | | | | Officer K. McNair, City of Miami Police Dept. |
| 63. | | | | Det. T. Vokaty, City of Miami Police Dept. |
| 64. | | | | Officer J. Mervolion, City of Miami Police Dept. |
| 65. | | | | Off. G. Maura, City of Miami Police Dept. |
| 66. | | | | Medic J. Montgomery, Miami Fire Dept. 444 S.W. 2nd Avenue, Miami, FL |
| 67. | | | | Lottie Bea Davis, 1344 N.W. 7th Court, #5, Miami, Florida |
| 68. | | | | Officer S. Davis, City of Miami Police Dept. |
| 69. | | | | Sgt. Louis Gonzalez, I.A. Dept, City of Miami Police Dept. |
| 70 | | | | Jose Ramon Fortin, 445 N.E. 30 Street, Miami, FL |
| 71. | | | | Edward Whittaker,1324 S.W. 16th Street, Miami, FL (ballistics expert) |

PLAINTIFF'S WITNESS LIST CONTINUED

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|
| PLTF. NO. | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME AND ADDRESS OF WITNESS |
| 72. | | | | Michael Cosgrove, Veritas & Assc., 2300 South Rock Creek Parkway, Suite 10-103, Superior, Colorado 80027 (police procedures expert) |
| 73. | | | | Dr. Marti Schwartz, 1881 University Drive, #202, Coral Springs, FL 33371 (Psychologist, treating and expert) |
| 74. | | | | Offc. R. Gilbert, Miami Police Dept. |
| 75. | | | | Walter Bodie, Metro-Dade Crime Lab |
| 76. | | | | Gopinath Rao, Metro-Dade Crime Lab, Metro-Dade Police Department. |
| 77. | | | | Det. S. Mahon, Miami Police Dept. |
| 78. | | | | Sgt. M. Wisner - #7769, Miami Police Dept. |
| 79. | | | | Corona Forbes, 275 N.W. 10th Street, Apt. 230, Miami, FL |
| 80. | | | | Offc. S. Matthew, #7405, Miami Police Dept. |
| 81. | | | | Offc. A. Roman - #6102, Miami Police Dept. |
| 82. | | | | Anita Ortiz, 1344 N.W. 7 Court, Apt. #3, Miami, FL |
| 83. | | | | Candita Lopez, 1344 N.W. 7th Court, Apt. # 1, Miami, FL |
| | | | | |

PLAINTIFF'S WITNESS LIST CONTINUED

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|
| PLTF. NO | DEF. NO. | DATE & TIME DIRECT TEST. | DATE & TIME CROSS EXAM. | NAME AND ADDRESS OF WITNESS |
| | | | | All witnesses whose deposition have been taken |
| | | | | All Witnesses listed by the Defendants. |
| | | | | Impeachment and Rebuttal Witnesses. |
| | | | | Plaintiffs Reserve the Right to Amend Witness List as witnesses become known. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF              FLORIDA

JANEKA BROWN, et al.                          PLAINTIFF'S EXHIBIT LIST

v.                           CASE NO: 97-2415-CIV-GRAHAM

CITY OF MIAMI, ET AL.

| PRESIDING JUDGE HONORABLE DONALD GRAHAM | PLAINTIFF'S ATTORNEY BARBARA A. HEYER, ESQ. | DEFENDANTS ATTORNEY CHARLES MAYS, ESQ. |
|---|---|---|
| TRIAL DATE(S) October 12, 1998 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1. | | | | | Autopsy Report/investigative report/photographs done by staff of M.E. office |
| 2. | | | | | Petition for Inquest |
| 3. | | | | | Transcript of Inquest Hearing |
| 4. | | | | | Lab Report - Chemistry |
| 5. | | | | | Lab Report - Firearms examiner - 4/1/96 |
| 6. | | | | | Return and Inventory - Offc. Glenn Maura - 3/12/96 |
| 7. | | | | | Return and Inventory - Det. Juan Herrera - 3/13/96 |
| 8. | | | | | Diagrams of Apartment-1344 N.W. 7th Ct., #6 |
| 9. | | | | | Search Warrant and Affidavit for Search Warrant |
| 10. | | | | | Statement of Officer Alvarez |
| 11. | | | | | Statement of Unknown witness - 3/19/96 |
| 12. | | | | | Statement of Officer Delgado - 3/13/96 |
| 13. | | | | | Statement of Officer Fuentes - 3/14/96 |
| 14. | | | | | Statement of Officer Gilbert - 3/13/96 |

1

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et. al. v. CITY OF MIAMI, ET AL. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 15. | | | | | Statement of Sgt. Hoosier - 3/13/96 |
| 16. | | | | | Statement of Kevin McNair - 3/13/96 |
| 17. | | | | | Statement of Officer Maura - 3/13/96 |
| 18. | | | | | Statement of Officer Mervolion - 3/13/96 |
| 19. | | | | | Statement of Officer Jacobo - 3/13/96 |
| 20. | | | | | Statement of Sgt. Martinez - 3/13/96 |
| 21. | | | | | Statement of Sgt. Acuna - 3/13/96 |
| 22 | | | | | Statement of Det. Beguiristain - 3/14/96 |
| 23. | | | | | Statement of Janeka S. Brown - 3/13/96 |
| 24. | | | | | Statement of Reginald Clark - 3/13/96 |
| 25. | | | | | Statement of Alton Hill - 3/13/96 |
| 26. | | | | | Statement of Officer Jones - 3/14/96 |
| 27. | | | | | Statement of Officer Lopez - 3/15/96 |
| 28. | | | | | Statement of Officer Macias - 5/1/96 |
| 29. | | | | | Statement of Det. Nogues - 3/13/96 |
| 30. | | | | | Statement of Officer Abraira - 3/14/96 |
| 31. | | | | | Statement of Lt. Perez - 3/13/96 |

2

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN V. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 32. | | | | | Statement of Officer Velez - 3/13/96 |
| 33. | | | | | Statement of Det. Davis - 3/13/96 |
| 34. | | | | | Investigation - Re; Sexual Assault case by Lt. Michael Christopher |
| 35. | | | | | Color copies of photos of the scene done by MPD |
| 36. | | | | | Two Video tapes of the scene done by MPD |
| 37. | | | | | Miami Police - Swat - STRU - Standard Operating Procedures |
| 38. | | | | | Inter-Office Memo - Re: Early Warning System |
| 39. | | | | | Internal Affairs PDID Search - I.A. Profile of Various Officers |
| 40. | | | | | Miami Police I.A. Logs 1989-1996. |
| 41. | | | | | Miami Police I.A. File No: 96-149 |
| 42. | | | | | Miami Police I.A. File No: 96-146L |
| 43. | | | | | Miami Police I.A. File No: 96-104S |
| 44. | | | | | Miami Police I.A. File No: 96-103 |
| 45. | | | | | Miami Police I.A. File No: 96-97 |
| 46. | | | | | Miami Police I.A. File No: 96-90 |
| 47. | | | | | Miami Police I.A. File No: 96-238L |
| 48. | | | | | Miami Police I.A. File No: 96-237L |

3

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN V. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 49. | | | | | Miami Police I.A. File No: 96-184L |
| 50. | | | | | Miami Police I.A. File No: 96-166 |
| 51. | | | | | Miami Police I.A. File No: 96-85L |
| 52. | | | | | Miami Police I.A. File No: 96-56 |
| 53. | | | | | Miami Police I.A. File No: 96-016 |
| 54. | | | | | Miami Police I.A. File No: 96-253/239L |
| 55. | | | | | Miami Police I.A. File No: 95-815 |
| 56. | | | | | Miami Police I.A. File No: 95-779 |
| 57. | | | | | Miami Police I.A. File No:95-749 |
| 58. | | | | | Miami Police I.A. File No: 95-716 |
| 59. | | | | | Miami Police I.A. File No: 95-670 |
| 60. | | | | | Miami Police I.A. File No: 95-304 |
| 61. | | | | | Miami Police I.A. File No: 95-283 |
| 62. | | | | | Miami Police I.A. File No: 95-273 |
| 63. | | | | | Miami Police I.A. File No: 95-148 |
| 64. | | | | | Miami Police I.A. File No: 95-92 |
| 65. | | | | | Miami Police I.A. File No: 95-27 |

4

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al. v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 66. | | | | | Miami Police I.A. File No: 95-792 |
| 67. | | | | | Miami Police I.A. File No: 95-769 |
| 68. | | | | | Miami Police I.A. File No: 95-728 |
| 69. | | | | | Miami Police I.A. File No: 95-715 |
| 70. | | | | | Miami Police I.A. File No: 95-714 |
| 71. | | | | | Miami Police I.A. File No: 95-338 |
| 72. | | | | | Miami Police I.A. File No: 95-332 |
| 73. | | | | | Miami Police I.A. File No: 95-320 |
| 74. | | | | | Miami Police I.A. File No: 95-316 |
| 75 | | | | | Miami Police I.A. File No: 95-287 |
| 76. | | | | | Miami Police I.A. File No: 95-55 |
| 77. | | | | | Miami Police I.A. File No: 94-815/95-09 |
| 78. | | | | | Miami Police I.A. File No: 94-827 |
| 79. | | | | | Miami Police I.A. File No: 94-736S |
| 80. | | | | | Miami Police I.A. File No: 94-706X |
| 81. | | | | | Miami Police I.A. File No: 94-701 |
| 82. | | | | | Miami Police I.A. File No: 94-677 |

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| JANEKA BROWN, et al. v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 83. | | | | | Miami Police I.A. File No: 94-651S |
| 84. | | | | | Miami Police I.A. File No: 94-585 |
| 85. | | | | | Miami Police I.A. File No: 94-70S |
| 86. | | | | | Miami Police I.A. File No: 94-99S |
| 87. | | | | | Miami Police I.A. File No: 94-107 |
| 88. | | | | | Miami Police I.A. File No: 94-280 |
| 89. | | | | | Miami Police I.A. File No: 94-163N |
| 90. | | | | | Miami Police I.A. File No: 93-543S |
| 91. | | | | | Miami Police I.A. File No: 93-472S |
| 92. | | | | | Miami Police I.A. File No: 93-461N |
| 93. | | | | | Miami Police I.A. File No: 93-456 |
| 94. | | | | | Miami Police I.A. File No: 93-369 |
| 95. | | | | | Miami Police I.A. File No: 93-344S |
| 96. | | | | | Miami Police I.A. File No: 93-248S |
| 97. | | | | | Miami Police I.A. File No: 93-153 |
| 98. | | | | | Miami Police I.A. File No: 93-80S |
| 99. | | | | | Miami Police I.A. File No: 93-52N |

6

## PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al. v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 100 | | | | | Miami Police I.A. File No: 93-577AS |
| 101 | | | | | Miami Police I.A. File No: 93-583A |
| 102 | | | | | Miami Police I.A. File No: 92-20 |
| 103 | | | | | Miami Police I.A. File No: 92-22 |
| 104 | | | | | Miami Police I.A. File No: 92-45 |
| 105 | | | | | Miami Police I.A. File No: 92-55 |
| 106 | | | | | Miami Police I.A. File No: 92-60 |
| 107 | | | | | Miami Police I.A. File No: 92-69 |
| 108 | | | | | Miami Police I.A. File No: 92-88L |
| 109 | | | | | Miami Police I.A. File No: 92-01 |
| 110 | | | | | Miami Police I.A. File No: 92-04 |
| 111 | | | | | Miami Police I.A. File No: 92-19 |
| 112 | | | | | Miami Police I.A. File No: 92-06 |
| 113 | | | | | Miami Police I.A. File No: 92-21 |
| 114 | | | | | Miami Police I.A. File No: 92-70 |
| 115 | | | | | Miami Police I.A. File No: 92-72X |
| 116 | | | | | Miami Police I.A. File No: 92-105L |

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al. v. CITY OF MIAMI, et al. | | | | CASE NO: 97-2415-CIV-GRAHAM | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 117 | | | | | Miami Police I.A. File No: 92-125S |
| 118 | | | | | Miami Police I.A. File No: 92-143X |
| 119 | | | | | Miami Police I.A. File No: 92-175 |
| 120 | | | | | Miami Police I.A. File No: 92-95X |
| 121 | | | | | Miami Police I.A. File No: 92-169 |
| 122 | | | | | Miami Police I.A. File No: 92-104L |
| 123 | | | | | Miami Police I.A. File No: 92-234L |
| 124 | | | | | Miami Police I.A. File No: 92-209N |
| 125 | | | | | Miami Police I.A. File No: 92-202R |
| 126 | | | | | Miami Police I.A. File No: 92-57X |
| 127 | | | | | Miami Police I.A. File No: 92-08 |
| 128 | | | | | Miami Police I.A. File No: 92-02 |
| 129 | | | | | Miami Police I.A. File No: 92-96S |
| 130 | | | | | Miami Police I.A. File No: 92-157N |
| 131 | | | | | Miami Police I.A. File No: 92-170 |
| 132 | | | | | Miami Police I.A. File No: 92-172 |
| 133 | | | | | Miami Police I.A. File No: 92-220S |
| 134 | | | | | Miami Police I.A. File No: 92-313S |

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., V. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 135 | | | | | Miami Police I.A. File No: 92-507 |
| 136 | | | | | Miami Police I.A. File No: 92-579 |
| 137 | | | | | Miami Police I.A. File No: 92-644 |
| 138 | | | | | Miami Police I.A. File No: 92-647X |
| 139 | | | | | Miami Police I.A. File No: 92-649S |
| 140 | | | | | Miami Police I.A. File No: 92-745S |
| 141 | | | | | Miami Police I.A. File No: 92-746S |
| 142 | | | | | Miami Police I.A. File No: 91-362 |
| 143 | | | | | Miami Police I.A. File No: 91-726S |
| 144 | | | | | Miami Police I.A. File No: 91-412 |
| 145 | | | | | Miami Police I.A. File No: 91-500 |
| 146 | | | | | Miami Police I.A. File No: 91-564 |
| 147 | | | | | Miami Police I.A. File No: 91-567 |
| 148 | | | | | Miami Police I.A. File No: 91-670 |
| 149 | | | | | Miami Police I.A. File No: 91-676 |
| 150 | | | | | Miami Police I.A. File No: 91-81N |
| 151 | | | | | Miami Police I.A. File No: 91-105 |

9

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 152 | | | | | Miami Police I.A. File No: 91-114 |
| 153 | | | | | Miami Police I.A. File No: 91-158 |
| 154 | | | | | Miami Police I.A. File No: 91-168 |
| 155 | | | | | Miami Police I.A. File No: 90-750 |
| 156 | | | | | Miami Police I.A. File No: 90-637S |
| 157 | | | | | Miami Police I.A. File No: 90-623 |
| 158 | | | | | Miami Police I.A. File No: 90-542 |
| 159 | | | | | Miami Police I.A. File No: 90-351 |
| 160 | | | | | Miami Police I.A. File No: 90-759 |
| 161 | | | | | Miami Police I.A. File No: 90-112N |
| 162 | | | | | Miami Police I.A. File No: 90-288 |
| 163 | | | | | Miami Police I.A. File No: 90-255 |
| 164 | | | | | Miami Police I.A. File No:90-204 |
| 165 | | | | | Miami Police I.A. File No: 89-399X |
| 166 | | | | | Miami Police I.A. File No: 89-415 |
| 167 | | | | | Miami Police I.A. File No: 89-426 |
| 168 | | | | | Miami Police I.A. File No: 89-435R |

10

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 169 | | | | | Miami Police I.A. File No: 89-544 |
| 170 | | | | | Miami Police I.A. File No: 89-655N |
| 171 | | | | | Miami Police I.A. File No: 89-729S |
| 172 | | | | | Miami Police I.A. File No: 89-740S |
| 173 | | | | | Miami Police I.A. File No: 89-315S |
| 174 | | | | | Miami Police I.A. File No: 89-257 |
| 175 | | | | | Miami Police I.A. File No: 89-251N |
| 176 | | | | | Miami Police I.A. File No: 89-200 |
| 177 | | | | | Miami Police I.A. File No: 89-188N |
| 178 | | | | | Miami Police I.A. File No: 89-174N |
| 179 | | | | | Miami Police I.A. File No: 89-166 |
| 180 | | | | | Miami Police I.A. File No: 89-97 |
| 181 | | | | | Miami Police I.A. File No: 89-37 |
| 182 | | | | | Miami Police I.A. File No: 89-28 |
| 183 | | | | | Miami Police I.A. File No: 88-578 |
| 184 | | | | | Miami Police I.A. File No: 88-556 |

11

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 185 | | | | | Miami Police I.A. File No: 88-441 |
| 186 | | | | | Miami Police I.A. File No: 88-414 |
| 187 | | | | | Miami Police I.A. File No: 88-405 |
| 188 | | | | | Miami Police I.A. File No: 88-412 |
| 189 | | | | | Miami Police I.A. File No: 88-237 |
| 190 | | | | | Miami Police I.A. File No: 88-104 |
| 191 | | | | | Miami Police I.A. File No: 88-78 |
| 192 | | | | | Miami Police I.A. File No: 88-22 |
| 193 | | | | | Miami Police I.A. File No: 88-04N |
| 194 | | | | | I.A. File No: 88-646N |
| 195 | | | | | I.A. File No: 88-621 |
| 196 | | | | | Miami Police I.A. File No: 88-689 |
| 197 | | | | | Miami Police Departmental Orders - Manual |
| 198 | | | | | Personnel and Evaluation File of Alejandro Macias |
| 199 | | | | | Personnel and Evaluation File of Rafael Fuentes |
| 200 | | | | | Personnel and Evaluation File of Arturo Beguiristain |

12

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 201 | | | | | Personnel and Evaluation File of William Abraira |
| 202 | | | | | Personnel and Evaluation File of Eliezer Lopez |
| 203 | | | | | Personnel and Evaluation File of Willie Jones |
| 204 | | | | | Personnel and Evaluation File of Evelio Nogues |
| 205 | | | | | Internal Affairs Profile of Arturo Beguiristain |
| 206 | | | | | Internal Affairs Profile of Alejandro Macias |
| 207 | | | | | Internal Affairs Profile of Evelio Nogues |
| 208 | | | | | Internal Affairs Profile of Willie Jones |
| 209 | | | | | Internal Affairs Profile of Rafael Fuentes |
| 210 | | | | | Training File of Eliezer Lopez |
| 211 | | | | | Street Narcotics Investigative Report |
| 212 | | | | | 911 Audio tapes re: incident |
| 213 | | | | | Fire Rescue Reports re: incident |
| 214 | | | | | Investigative report of Sgt. Willie Everett |
| 215 | | | | | Report of Investigation to State Attorney from Sgt. Everett. |
| 216 | | | | | State's Attorney File |

13

## PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 217 | | | | | Bedroom door/screen at residence of 1344 N.W. 7th Court, Miami, FL |
| 218 | | | | | All evidence obtained and taken from the crime scene at 1344 N.W. 7th Court, Miami, FL and currently in the custody of City of Miami Police Department. |
| 219 | | | | | Personnel File of Jose Acuna |
| 220 | | | | | Personnel File of Alfredo Alvarez |
| 221 | | | | | Personnel File of Rolando Jacobo |
| 222 | | | | | Personnel File of Anthony S. Davis |
| 223 | | | | | Personnel File of Felix Delgado |
| 224 | | | | | Personnel File of Raynard Gilbert |
| 225 | | | | | Personnel File of Curtis Hoosier |
| 226 | | | | | Personnel File of Rafael Martinez |
| 227 | | | | | Personnel File of Glenn Maura |
| 228 | | | | | Personnel File of Kevin McNair |
| 229 | | | | | Personnel File of John T. Mervolion |
| 230 | | | | | Personnel of George L. Velez |
| 231 | | | | | Training Records of Officer Alejandro Macias and Evelio Nogues |

14

## PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 232 | | | | | Investigative File Re: Miami Police Case No: 3332102T |
| 233 | | | | | Internal Affairs Profile of Eliezer Lopez |
| 234 | | | | | Internal Affairs Profile of William Abraira |
| 235 | | | | | Miami Police I.A. 93-567S |
| 236 | | | | | Miami Police I.A. #93-384 |
| 237 | | | | | Miami Police I.A. # 92-3135 |
| 238 | | | | | Miami Police I.A. # 92-3476 |
| 239 | | | | | Miami Police I.A # 91-303L |
| 240 | | | | | Miami Police I.A. # 91-976 |
| 241 | | | | | Miami Police I.A. # 88-76N |
| 242 | | | | | Miami Police I.A. # 90-117S |
| 243 | | | | | Miami Police I.A. # 91-51 |
| 244 | | | | | Miami Police I.A. # 91-301 |
| 245 | | | | | Miami Police I.A. # 90-746S |
| 246 | | | | | Miami Police I.A. # 89-379 |
| 247 | | | | | Newspaper articles - Re: MPD |

15

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 248 | | | | | Miami Police I.A. # 92-15N |
| 249 | | | | | Miami Police I.A. # 92-414N |
| 250 | | | | | Miami Police I.A. # 93-567S |
| 251 | | | | | Miami Police I.A. # 93-506N |
| 252 | | | | | Miami Police I.A. # 91-51 |
| 253 | | | | | Miami Police I.A. # 90-746 |
| 254 | | | | | videotapes done of scene by Edward Whitaker (2) |
| 255 | | | | | photographs done of scene by Edward Whitaker |
| 256 | | | | | records of Dr. M Schwartz re: Janeka Brown and Brown family |
| 257 | | | | | report and records of Michael Cosgrove re: incident and conduct of Defendants |
| 258 | | | | | all records, reports, depositions and physicial evidence re: Coconut Grove incident involving MPD officers and victim Hoban |
| 259 | | | | | all records, reports, notes of Robert Hart of Metro Dade re:incident at 1344 N.W. 7th Court, #6 |

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 260 | | | | | All records, reports, notes of Metro Dade Crime Laboratory re: tesitng of any evidence found near or obtained from 1344 N.W. 7th Court, #6. |
| 261 | | | | | All records, transcripts, depositions, evidence from State v. Rolando Jacobo |
| 262 | | | | | Probate File - Re: Janeka Brown - Case No: 96-1806/60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PLAINTIFF'S EXHIBIT LIST - CONTINUATION

| JANEKA BROWN, et al., v. CITY OF MIAMI, et al. | | | | | CASE NO: 97-2415-CIV-GRAHAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | | | | | All Exhibits attached to any & all deposition transcripts in this matter |
| | | | | | All documents produced from any Request for Production |
| | | | | | All documents produced from any 119 request. |
| | | | | | All documents listed by the Defendants |
| | | | | | Impeachment exhibits |
| | | | | | Such other and further impeachment or rebuttal exhibits as may be developed or may be necessary. |
| | | | | | Plaintiffs reserve the right to use any exhibits listed by any other party |
| | | | | | Plaintiffs reserve the right to supplement its exhibit list as they become known to Plaintiffs upon proper notice |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18

## IX.  Defendants' List of Trial Exhibits.

1.  Arrest report relating to Jerome Clark and Alton Hill.
2.  Affidavit for search warrant.
3.  Search warrant.
4.  Homicide supplementary report (Sgt. Willie Everett).
5.  Crime scene investigation reports
6.  .38 caliber Smith & Wesson revolver with 3 projectiles and 2 spent rounds
7.  Discharge of Firearms Advisory Board's report
8.  Internal Affairs investigation report
9.  Special Weapons and Tactics Report Utilization
10. Dade County Medical Examiner's reports
11. Metro-Dade Police Department's crime laboratory reports
12. SWAT shield
13. Plastic container of cocaine
14. Spent bullet casings
15. Projectiles (bullets)
16. City of Miami Police Departmental Orders
17. STRU-Standard Operating Procedures
18. Gunshot residue kit
19. Photographs
20. Transcripts of sworn statements

Defendants' objections to the following numbered exhibits of plaintiffs:

34.  R; H; UP.
36.  UP.
39.  R; UP.
40 through 196. R; H; UP.
198-209. R; H; UP.
219 through 230. R; H; UP.
232 through 253. R; H; UP.
258. R; H; UP.
261. R; H; UP

## X.  Defendants' List of Trial Witnesses.

1.  Evelio Nogues (MPD)
2.  Sgt. Curtis Hoosier (MPD)
3.  Sgt. Rafael Martinez (MPD)
4.  Ofc. John Mervolion (MPD)
5.  Ofc. George Maura (MPD)

6. Ofc. A. Davis (MPD)
7. Ofc. F. Delgado (MPD)
8. Lt. L. M. Perez (MPD)
9. Sgt. J. Acuna (MPD)
10. Ofc. G. Velez (MPD)
11. Ofc. A. Alvarez (MPD)
12. Ofc. R. Gilbert (MPD)
13. Ofc. K. McNair (MPD)
14. Ofc. Arturo Berguiristain (MPD)
15. Ofc. Willie Jones (MPD)
16. Ofc. Ralph Fuentes (MPD)
17. Ofc. William Abraira (MPD)
18. Ofc. Eliezer Lopez (MPD)
19. Ofc. Alejandro Macias (MPD)
20. Lt. L. Gongalez Del Valle (Miami Fire Dept.)
21. E. Garcia (Miami Fire Dept.)
22. J. Montgomery (Miami Fire Dept.)
23. Lt. S. Aguirre (MPD)
24. Ofc. J. Gomez (MPD)
25. Sgt. Willie Everett (MPD)
26. Lt. Bobbi Meeks (MPD)
27. Assistant Chief John Brooks (MPD)
28. Captain Jose Fleites (MPD)
29. Assistant Chief Ray Martinez (MPD)
30. Major William O'Brien (MPD)
31. Det. George Gullah (MPD)
32. Ofc. T. Vokalty (MPD)
33. Det. A. Arostegui (MPD)
34. Ropinath S. Rao, Criminalist—Metro-Dade Police Dept.
35. Walter Bodie, Criminalist----Metro Dade Police Dept.
36. Robert Hart, Criminalist----Metro Dade Police Dept.
37. M. Jeffrey (MPD)
38. M. Shonberger (MPD)
39. R. Badali (MPD)
40. K. Pratt (MPD)
41. Dr. Valarie Rao, Medical Examiner's Office
42. Dr. R. Mittleman, Medical Examiner's Office.